450 A.2d 1055

Commonwealth v. Wilson, Appellant.

Submitted April 27, 1982. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

450 A.2d 1055

Commonwealth, Appellant v. Ziegler.
Petition for Allowance of Appeal
Granted Dec. 22, 1982.

Argued September 10, 1981. Eric B. Henson, Deputy District Attorney, for Commonwealth, appellant; Burton A. Rose, for appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge George J. Ivins is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.